1  John Vodonick Ph.D. (SB#063089)
   Vodonick Law
2  PO Box 763
   Nevada City. California 95959
3  Telephone 530 478 1078

4  Attorney for:  Plaintiff

5

6                 UNITED STATES DISTRICT COURT

7                EASTERN DISTRICT OF CALIFORNIA

8                              ) Case No.
   HETHER BECK                  ) COMPLAINT FOR VIOLATION OF THE
9                              ) ROSENTHAL  FAIR  DEBT  COLLECTION
             Plaintiff,         ) PRACTICES  ACT,  THE  FAIR  DEBT
10                             ) COLLECTION PRACTICES ACT, UNFAIR
   vs.                          ) BUSINESS    PRACTICES,    THEFT,
11                             ) (Calif. Civ. Code § 1812.700),
   SUTTER HEALTH, a California  ) (15 U.S.C. §§ 1692), (Calif.
12 Corporation, VITUITY MEDICAL ) Bus. and Prof. Code § 17200),
   SERVICES PC DOES 1 through and) (Calif. Penal Code § 484)
13 inclusive 20                 )
                                )
14                             )
                 Defendants.    )
15 _____

16

17     Comes  now  Plaintiff  Hether  Beck  and  for  cause  of  action

   alleges as follows:
18
                         **Jurisdiction and Venue.**
19
   1.   This  Court  has  jurisdiction  based  upon  28  USC  §  1332,
20
   Plaintiff  and  Defendants,  and  each  of  them  are  citizens  of
21
   different  states  and  the  claims  set  forth  herein  exceed  the  sum  of
22
   seventy-five  thousand  dollars  ($75,000)  exclusive  of  interest  and
23
   costs.  This  Court  also  has  jurisdiction  of  this  case  pursuant  to
24
   15 USC § 1692.
25

2.    Venue  is  correct  in  this  District  since  a  Defendant  is  a
resident  and  does  business  within  this  District  and  the  acts  and
omissions  alleged  hereinafter  occurred  within  this  District.

**The Parties**

3.    Plaintiff HETHER BECK is a citizen of Murray, Kentucky, and
was when the Claim for relief alleged herein arose.

4.    SUTER HEALTH (hereinafter "Sutter") is a California
Corporation with a principal place of business and doing business
in Sacramento County, California.

5.    VITUITY MEDICAL SERVICES PC (hereinafter "Vituity") is a
California Corporation with a principal place of business and
doing business in Emeryville, Alameda County California.

5.    Plaintiff is unsure of the true names or capacities of the
defendants named as "Does" herein and for that reason, alleges
said defendants by such fictitious names. The plaintiff will amend
this complaint when the true names and capacities of said
defendants are discovered.

6.    All defendants caused and contributed to the acts and
omissions alleged hereinafter and are legally responsible for
Plaintiff's damages.

**The Facts and Claims for Relief**

7.    At some time, unknown to Plaintiff Defendants Sutter,
Vituity, and Does 1 through 5 entered into agreements or
understandings that provided that Sutter would assign its
receivables to Vituity which would act as the agent of Sutter for

1  the purpose of collecting invoices and bills for health and other

2  services rendered by Sutter and its employees and affiliates to

3  the general public.

4  8.   The reciprocal relationship between Sutter and Vituity is

5  such that each is a "bill collector" within the meaning of 15

6  U.S.C. Section 1692a (6) and Calif. Civ. Code § 1788.2(c).

7  9.   On or about July 15, 2023, Plaintiff was visiting California

8  when she suffered an injury that required her to obtain treatment

9  at the Sutter Health Emergency Room in Roseville, California.

10  10.   Subsequently on or about August 8, 2023, Plaintiff received

11  an invoice from Sutter in the amount of one thousand five hundred

12  and eighty-five dollars, which instructed her to remit payments

13  through Vituity. A true and correct copy of the invoice dated

14  August 8, 2023, is attached as Exhibit "A". The debt to which

15  Exhibit "A" refers is a "consumer debt" within the meaning of 15

16  U.S.C. § 1692a (5) and, Calif. Civ. Code § 1788.2(f)

17  11.   On or about August 22, 2023, Plaintiff made arrangements for

18  the Sutter invoice to be paid. On August 23, 2023, the amount of

19  one thousand five hundred and eighty-five dollars ($1,585) was

20  remitted to Sutter through its agent Vituity. A true and correct

21  copy of the credit memo showing payment of that amount is attached

22  as Exhibit "B".

23  12.   On or about September 10, 2023, Sutter wrote to Plaintiff

24  complaining that her bill remained unpaid.

25  13.   In response to Sutter's dunning letter on or about September

1   14, 2023, Plaintiff's counsel wrote to Sutter care of its General

2   Counsel and informed that office that payment had been made in

3   August and included a proof of payment (Exhibit "B").

4   15.   Subsequently Plaintiff's counsel received a voicemail

5   referencing the letter sent and requesting a return call to supply

6   additional information. The call was returned but went unanswered

7   on several occasions.

8   16. Sutter then sent another billing letter to Plaintiff even

9   though payment had been made and Sutter had received proof from

10  Plaintiff that payment had been made.

11  17. In response on October 26, 2023, Plaintiff's counsel again

12  wrote to Sutter's general counsel and again informed Sutter that

13  payment had been made.  Plaintiff attached proof of payment

14  (again) and also attached the statement from Vituity showing that

15  nothing was due from Plaintiff to Sutter. A true and correct copy

16  of the October 26, 2023 letter is attached hereto as Exhibit "C".

17  18.   On November 8, 2023, Sutter again called Plaintiff's counsel

18  acknowledging the receipt of Plaintiff's two letters, advising

19  that numerous telephone calls had been made but not responded to.

20  A return telephone call went unanswered and Plaintiff's counsel

21  responded by voicemail that all information requested by Sutter

22  had been contained in the letters sent together with proof of

23  payment.

24  19.   On November 6, 2023, Sutter sent a "final notice" prior to

25  assigning Plaintiff's account to another collection agency

1   resulting in forwarding adverse information to a credit reporting

2   agency and the commencement of a lawsuit.  This, despite the

3   undisputed fact that Defendants had actual knowledge that

4   Plaintiff's medical bill had been paid over sixty days previously.

5   A true and correct copy of "final notice" is attached hereto as

6   Exhibit "D".

7

8                   FIRST CLAIM FOR RELIEF

9       Fair Debt Collection Practices Act (15 USC § 1692)

10                   Against all Defendants

11  20.  Plaintiff incorporates allegations contained in paragraphs 1

12  through 20 as if set forth in full at this point.

13  21.  The acts and omissions of the Defendants constitute

14  violations of the Fair Debt Collection Practices Act including

15  without limitation the following:

16       A.   15 U.S.C. § 1692d (6),

17       B.   15 U.S.C. § 1692e(2)(A),

18       C.   15 U.S.C. § 1692e (4),

19       D.   15 U.S.C. § 1692e (5),

20       E.   15 U.S.C. § 1692e (10), and,

21       F.   15 U.S.C. § 1692e (15)

22  22.  Plaintiff has suffered extreme emotional distress,

23  sleeplessness, and embarrassment as a result of the wrongful acts

24  and omissions of the Defendants, and has been required to divert

25  her attention to resolving this baseless claim or else face the

1  prospect of further harassment and destruction of her credit

2  rating and employ counsel all to her actual and general damage in

3  the amount of one hundred thousand dollars, plus her reasonable

4  attorney fees ($100,000.).

5  23.   Plaintiff is entitled to her damages, statutory damages and

6  attorney fees as authorized by 15 U.S.C. § 1692k.

7                    SECOND CLAIM FOR RELIEF

8            Rosenthal Fair Debt Collection Practices Act

9                    Against all Defendants

10  24.   Plaintiff incorporates allegations contained in paragraphs 1

11  through 20 and 22 as if set forth in full at this point.

12  25.   The acts and omissions of the Defendants constitute

13  violations of the Rosenthal Fair Debt Collection Practices Act

14  including without limitation the following:

15       A.   Cal. Civ. Code § 1788.10 (d),

16       B.   Cal. Civ. Code § 1788.10 (e),

17       C.   Cal. Civ. Code § 1788.10 (f),

18       D.   Cal. Civ. Code § 1788.13 (a),

19       E.   Cal. Civ. Code § 1788.13 (f), and,

20       F.   Cal. Civ. Code § 1788.14 (e).

21  26.   Plaintiff is entitled to her damages, statutory damages and

22  attorney fees as authorized by Cal. Civ. Code § 1788.30

23  18.   Plaintiff incorporates allegations contained in paragraphs 1

24  through 17 as if set forth in full at this point.

25

THIRD CLAIM FOR RELIEF

Unfair Business Practices (Calif. Bus. and Prof. Code § 17200)

28. Plaintiff incorporates allegations contained in paragraphs 1 through 22, and 25 as if set forth in full at this point.

29. The acts and omissions of Defendants and each of them are in violation of Calif. Bus. &. Prof. Code. § 17200 in that they are false, deceptive, unfair, and in violation of Calif. Bus. &. Prof. Code. § 17500.

30. The acts and omissions of the Defendant and each of them are independently wrongful pursuant to the grounds set forth in paragraphs 21 and 25.

31. Plaintiff is entitled to damages for restitution and a civil penalty in an amount sufficient to set an example to Defendants and each of them.

32. Plaintiff is entitled to an award of her reasonable attorney fees.

FOURTH CLAIM FOR RELIEF

Theft

33. Plaintiff incorporates allegations contained in paragraphs 3 through 21 as if set forth in full at this point.

34. The acts an omission of the Defendants and each of them constitutes theft as defined by Calif. Penal Code §§ 484, 496. Plaintiff has caused to be paid to Defendants and each of them the sum of one thousand five hundred and eighty-five dollars ($1,585)

1  based upon the representations that payment of such sum would

2  satisfy the claims of Defendants and each of them. Those

3  representations were false, had Plaintiff known of the falsity she

4  would not have made such arrangement.

5  35. Plaintiff is entitled to her general damages as alleged and to

6  have those damages trebled and her reasonable attorney fees.

7

8      WHEREFORE Plaintiff prays judgment as follows.

9  1.   For general damages in the amount of one hundred thousand,

10  ($100,000.00).

11  2.   Special damages in the amount of one thousand five hundred

12  and eighty-five dollars ($1,585).

13  3.   For reasonable attorney fees herein as according to proof.

14  4.   For treble damages.

15  5.   For this Courts order enjoining and restraining Defendants

16  and each of them from continuing to engage in unfair business

17  practices as alleged herein and from continual violation of THE

18  Fair Debt Collection Practices Act and the Rosenthal Fair Debt

19  Collection Practices Act.

20  6.   For statutory penalties and civil penalties.

21  7.   For costs of litigation herein.

22  8.   For such other and further relief as the court determines as

23  just.

24  DATED: 11/19/2023

25                                   John Vodonick, Ph.D.

# Sutter Health
## Sutter Roseville Medical Center

| | |
|---|---|
| Patient Name: | **Heather Beck** |
| Guarantor Name: | Heather Beck |
| Guarantor Account #: | 16230333 |
| Hospital Account #: | 510088545 |
| Bill Date: | 08/08/23 |

Page 1 of 2

## HOSPITAL SERVICES BILL SUMMARY

| | |
|---|---|
| Total Charges | 1,926.00 |
| Payments/Adjustments | − 385.20 |
| New Balance | $ 1,540.80 |

### Payment Due

Your Responsibility To Pay Is

### $ 1,540.80

Please Pay In Full By

### 09/07/23

Or setup a payment
plan for $172 a month*

Thank you for choosing Sutter Roseville
Medical Center. If you pay your account
in full within 30 days of the date we mail
you the first statement, you will receive
an additional 10% prompt pay discount
off of the balance due.

**Insurance Information On File**
Primary:    No Primary Insurance
Secondary:  No Secondary Insurance

 **Pay Online (Recommended)**
sutterhealth.org/billing-insurance or scan



Access Code:
8DS2C-Z5SBR



 **Set Up Automated Payment Plan**
sutterhealth.org/mho-billing

 **Pay By Phone (24/7)**
Call 855-398-1633.

 **Pay By Mail**
Send your **check(s) only** using the coupon below.

 **Billing Help**
Call 855-398-1633, Billing Representatives are
available 7:00am - 5:00pm, Monday through Friday.
When asked, please provide your account number,
which is **510088545**.
Si necesita asistencia en Espanol favor de llamar
al Departamento para Servicio al Cliente al
siguiente numero 1-855-398-1633

 **Financial Assistance**
*Call 855-398-1633. Please tell us if you cannot pay
your bill in full and let us help you. Lower monthly
payment plans and other financial assistance
programs may be available for patients that meet
certain financial criteria. To learn more, visit
www.sutterhealth.org/for-patients/financial-assistance.

→ Please See Reverse Side for Account Detail.

Please note that it may take up to three (3) business days for your payment to post.

---

# Sutter Health
## Sutter Roseville Medical Center

If your insurance or address has changed,
please update online or call 855-398-1633.

55 1 MB 0.558

HEATHER BECK
2800 COOK STORE TRL
MURRAY, KY 42071-7982

**Exhibit A**

| | |
|---|---|
| Account Number | 510088545 |
| Due Date | 09/07/23 |
| **Payment Due** | **$ 1,540.80** |
| Amount I am paying | $ |

Pay online at sutterhealth.org/billing-insurance or
by phone at 855-398-1633. We accept Visa,
MasterCard, Discover, and American Express.

Make Checks Payable to:

**Sutter Roseville Medical Center**
PO Box 278510
Sacramento, CA 95827-8510



## Sutter Health
### Sutter Roseville Medical Center

| | |
|---|---|
| Patient Name: | **Heather Beck** |
| Guarantor Name: | Heather Beck |
| Guarantor Account #: | 16230333 |
| Hospital Account #: | 510088545 |
| Bill Date: | 08/08/23 |

Page 2 of 2

### ① Emergency Department Visit

**Date of Service** 07/28/23

| | | Summary of Services | |
|---|---|---|---|
| Charges | $ 1,926.00 | Emergency Room | 1,811.00 |
| Payments | 0.00 | Pharmacy | 115.00 |
| Adjustments | −385.20 | **Total** | **1,926.00** |
| Patient Responsibility | $ 1,540.80 | | |

**Payment Due**   $ 1,540.80   |   **Please Pay In Full By 09/07/23**

---

## My Health Online

**Paying your bill is easy with Sutter Health's My Health Online. Sign up today!**

*Log in or enroll at* **myhealthonline.sutterhealth.org**

With My Health Online, you can also:

- View the details of your bill
- Book appointments
- Email your doctor
- View your health records and lab results – and more!
- Pay as Guest: https://myhealthonline.sutterhealth.org/mho/billing/guestpay

or scan

Access Code:
8DS2C-Z5SBR





CEP AMERICA - CALIFORN                Healthcare         Emil V. ...5584              $1,585.00

**MODESTO, CA 95358 USA**

| | |
|---|---|
| **Purchased:** | **Tue, Aug 22, 2023** |
| **Posted:** | **Wed, Aug 23, 2023** |
| **Purchased By:** | **EMIL J VODONICK** |

Appears on statement as: CEP AMERICA - CALIFORN
MODESTO CA 95358 USA

E. John Vodonick, Ph.D.
Attorney at Law

P.O. Box 763
Nevada City, California 95959
Telephone: (530) 478•1078


Sutter Health
Office of the General Counsel
2200 River Plaza Dr
Sacramento, CA. 95833

RE:  My Client, Ms. Hether Beck
                dob, 11/06/73
                2800 Cook Store Trail
                Murray Ky, 42071
                Hospital Account
                510088545
            10/26/2023

Dear Sir or Madam:

I represent Ms. Hether Beck who was treated at your emergency
facility at Roseville, Ca. on or about July 15, 2023.

Ms. Beck was billed by Sutter Health and the bill was paid by
credit card on August 23, 2023.  A copy of the posting information
is attached hereto.

I am also attaching a statement Vituity showing that the bill
has been paid.

Subsequent to payment Sutter Health began dunning my Client for
unpaid charges even though it is abundantly clear that all
charges have been paid.

Contract with the Customer Service department of Sutter Health
have not been fruitful necessitating this direct contact with
you which I sincerely hope with resolve this unfortunate
circumstance without further action.

Please instruct your billing department or whatever third-party
vendor deals with your accounts receivable to resolve this
unfortunate immediately and please confirm to me that it has been
done.

Thank you in advance.


                        Exhibit "C"

*/s/ John Vodonick, Ph.D.*
John Vodonick, Ph.D.

| | CEP AMERICA - CALIFORN | Healthcare | Emil V. ...5584 | $1,585.00 |
|---|---|---|---|---|

MODESTO, CA 95358 USA

| Purchased: | Tue, Aug 22, 2023 |
|---|---|
| Posted: | Wed, Aug 23, 2023 |
| Purchased By: | EMIL J VODONICK |

Appears on statement as: CEP AMERICA - CALIFORN
MODESTO CA 95358 USA



**CEP AMERICA - CALIFORN**                    Healthcare        Emil V. ...5584              $1,585.00

**MODESTO, CA 95358 USA**

Purchased:          **Tue, Aug 22, 2023**
Posted:             **Wed, Aug 23, 2023**
Purchased By:       **EMIL J VODONICK**

Appears on statement as: CEP AMERICA - CALIFORN
MODESTO CA 95358 USA



**Sutter Health**
Sutter Roseville Medical Center

Patient Name: Heather Beck
Guarantor Name: Heather Beck
Guarantor Account #: 16230333
Hospital Account #: 510088545
Bill Date: 11/06/23

Page 1 of 2

## HOSPITAL SERVICES BILL SUMMARY

| | |
|---|---|
| Total Charges | 1,926.00 |
| Payments/Adjustments | − 385.20 |
| New Balance | $ 1,540.80 |

## Payment Due

Your Responsibility To Pay Is

# $ 1,540.80

Please Pay In Full By

# Due Now

Or setup a payment
plan for $129 a month*

***FINAL NOTICE***
Our records indicate you have been billed
several times for this outstanding balance.
This is a final courtesy reminder prior to
account referral to a collection agency.

### Insurance Information On File
Primary: No Primary Insurance
Secondary: No Secondary Insurance

 **Pay Online (Recommended)**
sutterhealth.org/billing-insurance or scan 

 **Set Up Automated Payment Plan**
sutterhealth.org/mho-billing

Access Code:
WT9JS-2ZX9R

 paper.less

 **Pay By Phone (24/7)**
Call 855-398-1633.

**Pay By Mail**
Send your **check(s) only** using the coupon below.

 **Billing Help**
Call 855-398-1633, Billing Representatives are
available 7:00am - 5:00pm, Monday through Friday.
When asked, please provide your account number,
which is 510088545.
Si necesita asistencia en Espanol favor de llamar
al Departamento para Servicio al Cliente al
siguiente numero 1-855-398-1633

 **Financial Assistance**
*Call 855-398-1633. Please tell us if you cannot pay
your bill in full and let us help you. Lower monthly
payment plans and other financial assistance
programs may be available for patients that meet
certain financial criteria. To learn more, visit
www.sutterhealth.org/for-patients/financial-assistance.

Please See Reverse Side for Account Detail.

Please note that it may take up to three (3) business days for your payment to post.

---

**Sutter Health**
Sutter Roseville Medical Center

If your insurance or address has changed,
please update online or call 855-398-1633.

| | |
|---|---|
| **Account Number** | 510088545 |
| **Due Date** | Due Now |
| **Payment Due** | **$ 1,540.80** |
| Amount I am paying | $ |

 Pay online at sutterhealth.org/billing-insurance or
by phone at 855-398-1633. We accept Visa,
MasterCard, Discover, and American Express.

3 2 2 MB 0.558

HEATHER BECK
2800 COOK STORE TRL
MURRAY, KY 42071-7982

**Make Checks Payable to:**
**Sutter Roseville Medical Center**
PO Box 278510
Sacramento, CA 95827-8510

Exhibit "D"



 **Sutter Health**
Sutter Roseville Medical Center

| | |
|---|---|
| Patient Name: | Heather Beck |
| Guarantor Name: | Heather Beck |
| Guarantor Account #: | 16230333 |
| Hospital Account #: | 510088545 |
| Bill Date: | 11/06/23 |

Page 2 of 2

## ① Emergency Department Visit

**Date of Service**  07/28/23

| | |
|---|---|
| Charges | $ 1,926.00 |
| Payments | 0.00 |
| Adjustments | −385.20 |
| Patient Responsibility | $ 1,540.80 |

| **Payment Due** | **$ 1,540.80** | Please Pay In Full By: Due Now |
|---|---|---|

This statement reflects hospital charges only. Physicians will bill you separately. You may receive additional bills from these or other health care providers. Should you have any questions concerning those bills, please contact them.

State and Federal law require debt collectors to treat you fairly and prohibit debt collectors from making false statements or threats of violence, using obscene or profane language, or making improper communications with third parties, including your employer. Except under unusual circumstances, debt collectors may not contact you before 8:00 a.m. or after 9:00 p.m. In general, a debt collector may not give information about your debt to another person, other than your attorney or spouse. A debt collector may contact another person to confirm your location or to enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission by telephone at 1-877-FTC-HELP (382-4357) or online at www.ftc.gov.

Nonprofit credit counseling services, as well as consumer assistance from local legal services offices, may be available in your area. Please contact Patient Financial Services office at 855-398-1633 for a referral.

---

## My Health Online

**Paying your bill is easy with Sutter Health's My Health Online. Sign up today!**

*Log in or enroll at* **myhealthonline.sutterhealth.org**

With My Health Online, you can also:

- View the details of your bill
- Book appointments
- Email your doctor
- View your health records and lab results - and more!
- Pay as Guest: https://myhealthonline.sutterhealth.org/mho/billing/guestpay

or scan



Access Code:
WT9JS-2ZX9R





**Sutter Health**
Sutter Roseville Medical Center

Heather Beck
2800 Cook Store Trail
Murray, KY 42071

Account Number: 510088545
Patient Name: Heather Beck
Final Notice Date: 11/06/2023

## FINAL NOTICE

Dear Heather Beck,

The Sutter Roseville Medical Center has sent you multiple billing statements in an effort to collect the outstanding balance due on your account for dates of service 7/28/2023 through 7/28/2023, however, your account remains past due. We have no insurance on file, the amount due is your responsibility. Please make every effort to resolve this balance within **15 days** from the date of this notice. If the past due payment is not received timely, your total account balance as reflected on your statement will be assigned to a collections agency; either USCB America, contact number 888-830-5806 or Professional Credit Services (PCS), contact number 888-843-4500. If applicable, the collection agency will wait at least 180 days from the date you were initially billed for the hospital services that are the basis of the debt before potentially reporting any adverse information to a credit reporting agency or filing a lawsuit.

On 8/08/2023, you were mailed a statement which included information on the Hospital's Financial Assistance program. On 8/30/2023 a follow up Financial Assistance letter was sent to you.

The Sutter Roseville Medical Center Financial Assistance Program helps patients who are unable to pay for medically necessary services they have received. Patients qualify for financial assistance if they have low income and qualifying services. A financial assistance application is attached. If you believe you qualify based on the information provided please return the completed application to the attention of the Charity Care Team at Sutter Health Shared Services, Central Billing Office, P.O. Box 619010 Roseville, CA 95661-9998.

You can submit payment through one of the following options:

**Online:** Through the My Health Online patient portal at myhealthonline.sutterhealth.org
**Phone:** (24/7) 855-398-1633
**Mail:**    Sutter Roseville Medical Center
             PO Box 278510
             Sacramento, CA. 95827-8510

If you have any questions or concerns regarding your bill, would like to set up a monthly payment plan, or obtain an itemized bill, you can do so by visiting myhealthonline.sutterhealth.org or contact the Patient Service Center at 855-398-1633. If you have already resolved your outstanding balance or made payment arrangements, please disregard this notice.

Sincerely,

Sutter Roseville Medical Center



**Sutter Health**
Sutter Roseville Medical Center

**If your insurance or address has changed, please update online or call 855-398-1633.**

32 2 MB 0.558

HEATHER BECK
2800 COOK STORE TRL
MURRAY, KY 42071-7982



## Important Billing Information for Patients
## Financial Assistance Plain Language Summary

Thank you for choosing Sutter Health. This handout is designed to help our patients understand the Financial Assistance that is available to eligible patients, the application process for Financial Assistance, and your payment options. Your hospital bill will not include any bill for services you may receive during your hospital stay from physicians, anesthesiologists, clinical professionals, ambulance companies, and other providers that may bill you separately for their services. If you wish to seek assistance with paying your bills from these other providers, you will need to contact the providers directly.

**Emergency Services:** If you received emergency services at the hospital, you will receive a separate bill for the emergency room physician. Any questions pertaining to the emergency room physician's services should be directed to the physician. An emergency room physician, as defined in Section 127450 of the Health and Safety Code, who provides emergency medical services in a hospital that provides emergency care is required by law to provide discounts to uninsured patients or insured patients with high medical costs who are at or below 350% of the federal poverty level.

**Uninsured Patient Discount:**
- Standard Uninsured Discount: 40% reduction of Billed Charges for Inpatient Services and 20% reduction of Billed Charges for Outpatient Services.
- Rural Uninsured Discount: 20% reduction of Billed Charges for Inpatient and Outpatient Services at rural Hospitals. Sutter Lakeside Hospital and Center for Health, Sutter Coast Hospital, and Sutter Amador Hospital are rural hospitals.

**Prompt Pay Discount:** The Prompt Payment Discount is a discount of 10% of the amount owed by an Uninsured Patient after all other discounts have been applied. An Uninsured Patient is eligible for this discount if payment is made at time of service or within 30 calendar days of the date of first billing to the patient.

**Payment Options:** Sutter Health has many options to assist you with payment of your hospital bill.

**Payment Plans:** Patient account balances are due upon receipt. Patients may elect to make payment arrangements for their hospital bill. A Financial Agreement must be signed before the Patient Financial Services office can accept payment arrangements that allow patients to pay their hospital bills over time. These arrangements are interest-free for low income uninsured patients and certain income-eligible patients with high medical costs. The payment plan is negotiated between the Hospital and the patient.

**Medi-Cal & Government Program Eligibility:** You may be eligible for a government-sponsored health benefit program. Sutter Health has staff available to assist you with applying for government programs like Medi-Cal. Please contact Patient Financial Assistance at (855) 398-1633 if you would like additional information about government programs, or need assistance with applying for such programs. This facility also contracts with organizations that may assist you further with applying for government assistance, if needed.

**Covered California:** You may be eligible for health care coverage under Covered California, which is California's health benefit exchange under the Affordable Care Act. Contact the hospital financial assistance department at (855) 398-1633 for more detail and assistance to see if you quality for health care coverage through Covered California.

**Summary of Financial Assistance (Charity Care):** Sutter Health is committed to providing financial assistance to qualified low income patients and patients who have insurance that requires the patient to pay significant portion of their care. The following is a summary of the eligibility requirements for Financial

 **Sutter Health**

Assistance and the application process for patient who wish to seek Financial Assistance. The following are categories of patients who are eligible for Financial Assistance:

- Patients who have no third-party source of payment, such as an insurance company or government program, for any portion of their medical expenses and have a family income at or below 400% of the federal poverty level.
- Patients who are covered by insurance but have (i) family income at or below 400% of the federal poverty level; and (ii) medical expenses for themselves or their family (incurred at the hospital affiliate or paid to other providers in the past 12 months) that exceed 10% of the patient's family income.
- Patients who are covered by insurance but exhaust their benefits either before or during their stay at the hospital, and have a family income at or below 400% of the federal poverty level.

You may apply for Financial Assistance using the application form that is available from Patient Financial Services, which is located within the Patient Access / Registration Departments at the Hospital or by calling Patient Financial Services at 855-398-1633, or on the Sutter Health or Hospital website (www.sutterhealth.org). You may also submit an application by speaking with a representative from Patient Financial Services, who will assist you with completing the application. During the application process you will be asked to provide information regarding the number of people in your family, your monthly income, and other information that will assist the hospital with determining your eligibility for Financial Assistance. You may be asked to provide a pay stub or tax records to assist Sutter with verifying your income.

After you submit the application, the hospital will review the information and notify you in writing regarding your eligibility. If you have any questions during the application process, you may contact the Patient Financial Services office at (855) 398-1633.

If you disagree with the hospital's decision, you may submit a dispute to the Patient Financial Services office.

Copies of this Hospital's Financial Assistance Policy, the Plain Language Summary and Application, as well as government program applications are available in multiple languages in person at our Patient Registration and Patient Financial Services offices as well as at www.sutterhealth.org and available by mail. We can also send you a copy of the Financial Assistance Policy free of charge if you contact our Patient Financial Services office at 855-398-1633.

In accordance with Internal Revenue Code Section 1.501(r)-5, Sutter Health adopts the prospective Medicare method for amounts generally billed; however, patients who are eligible for financial assistance are not financially responsible for more than the amounts generally billed because eligible patients do not pay any amount.

Pending applications: If an application has been submitted for another health coverage program at the same time that you submit an application for charity care, neither application shall preclude eligibility for the other program.

Notice of Availability of Financial Estimates: You may request a written estimate of your financial responsibility for hospital services. Requests for estimates must be made during business hours. The estimate will provide you with an estimate of the amount the hospital will require the patient to pay for health care services, procedures, and supplies that are reasonably expected to be provided by the hospital. Estimates are based on the average length of stay and services provided for the patient's diagnosis. They are not promises to provide services at fixed costs. A patient's financial responsibility may be more or less than the estimate based on the services the patient actually receives.